# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JOHN BROOKS, LAURA BROOKS,<br><br>    Plaintiffs,<br><br>  v.<br><br>FCI LENDER SERVICES, INC., a Corporation; MDJ PROPERTIES, LLC, a Limited Liability Company; BUCKS FINANCIAL, LLC, a Limited Liability Company; SN SERVICING CORPORATION, a Corporation; MADISON MANAGEMENT SERVICES, LLC, a Limited Liability Company; CALIFORNIA TD SPECIALISTS; HOMECOMINGS FINANCIAL, LLC, a Limited Liability Company; OCWEN LOAN SERVICING<br>AND DOES 1 TO 50,<br><br>    Defendants. | Case No.: 2:16-cv-02598-KJM-KJN<br><br>Hon. Magistrate Judge Kendall J. Newman<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Current Response Date: December 22, 2016<br><br>New Response Date:  January 23, 2017<br><br><br>Action Filed:  October 6, 2016<br>Trial Date:  N/A |

The Court having considered the *Stipulation to Extend Time to Respond to Initial Complaint* (the "Stipulation") entered into by and between *plaintiffs* John Brooks and Laura Brooks ("Plaintiffs") and *defendant* Ocwen Loan Servicing, LLC ("Defendant"), and good cause appearing therefor,

/./././

/./././

/./././

/./././

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that Defendant shall have until January 23, 2017, to file and serve its response to Plaintiffs' Complaint in this action.

**IT IS SO ORDERED.**

Dated:  December 27, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE