WRIGHT, FINLAY & ZAK, LLP
Bradford E. Klein, Esq., SBN 259252
Richard J. Lee, Esq., SBN 268713
4665 MacArthur Court, Suite 200
Newport Beach, CA  92660
Tel: (949) 477-5050; Fax: (949) 608-9142
bklein@wrightlegal.net; rlee@wrightlegal.net

Attorneys for Defendant, SN Servicing Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROOKS, LAURA BROOKS, | ) Case No.: 2:16-cv-02598-KJM-KJN |
| Plaintiffs | ) **[PROPOSED] ORDER ON** |
| | ) **DEFENDANT'S REQUEST TO** |
| v. | ) **APPEAR BY PHONE AT** |
| | ) **HEARING ON DEFENDANT FCI** |
| FCI LENDER SERVICES, INC., a Corporation; MDJ PROPERTIES, LLC, a Limited Liability Company; BUCKS FINANCIAL, LLC, a Limited Liability Company, SN SERVICING CORPORATION, a Corporation; MADISON MANAGEMENT SERVICES, LLC, a Limited Liability Company; CALIFORNIA TD SPECIALISTS; HOMECOMINGS FINANCIAL, LLC, a Limited Liability Company; OCWEN LOAN SERVICING AND DOES 1 TO 50 | ) **LENDER SERVICES, INC.'S** ) **MOTION TO DISMISS** ) **PLAINTIFFS' COMPLAINT AND** ) **MOTION TO STRIKE** ) **PORTIONS OF PLAINTIFFS'** ) **COMPLAINT** ) ) Date:    January 19, 2017 ) Time:   10:00 a.m. ) Ctrm:   25, 8th Floor |
| Defendants | |

-1-

Pursuant to the Request to Appear by Phone filed by Defendant SN SERVICING CORPORATION ("Defendant") that its counsel be permitted to appear by telephone for the hearing on Defendant FCI LENDER SERVICES, INC.'S Motion to Dismiss Plaintiffs' Complaint and Motion to Strike Portions of Plaintiffs' Complaint set for hearing on January 19, 2017, at 10:00 a.m., in Courtroom 25 (8th Floor) of the above-captioned court, it is hereby ordered as follows:

IT IS HEREBY ORDERED that:

1. Counsel for Defendant SN SERVICING CORPORATION ("Defendant") may participate at the Motion to Dismiss Plaintiffs' Complaint and Motion to Strike Portions of Plaintiffs' Complaint set for hearing on January 19, 2017, at 10:00 a.m., by telephone.

2. The Courtroom deputy shall call counsel in order to participate in the telephone conference call. Counsel, Richard J. Lee's, phone number is (949) 477-5050, and his email is rlee@wrightlegal.net.

IT IS SO ORDERED.

Dated: January 18, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE