UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROOKS, LAURA BROOKS, | CASE No.: 2:16-CV-02598-KJM-KJN |
| Plaintiffs, | [Assigned to the Hon. Kendall J. Newman] |
| v. | **[PROPOSED] ORDER GRANTING FCI LENDER SERVICES, INC.'S REQUEST FOR TELEPHONIC APPEARANCE IN CONNECTION WITH HEARING ON ITS MOTION TO DISMISS COMPLAINT AND MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT** |
| FCI LENDER SERVICES, INC, a Corporation; MDJ PROPERTIES, LLC, a Limited Liability Company; BUCKS FINANCIAL, LLC, a Limited Liability Company; SN SERVICING CORPORATION, a Corporation; MADISON MANAGEMENT SERVICES, LLC, a Limited Liability Company; CALIFORNIA TD SPECIALISTS; HOMECOMING FINANCIAL, LLC, a Limited Liability Company; OCWEN LOAN SERVICING; AND DOES 1 TO 50, | |
| | Date:  January 19, 2017<br>Time:  10:00 a.m.<br>Ctrm.:  25 |
| Defendants. | |

1   The Court, having considered the application of defendant FCI LENDER SERVICES,
2  INC. ("FCI") to appear telephonically at the January 19, 2017 hearing on the Motion to Dismiss
3  Complaint and Motion to Strike Portions of Plaintiffs' Complaint, and good cause appearing,
4  hereby grants permission for FCI's counsel, Fred Hickman, to appear telephonically.
5   IT IS SO ORDERED.

7  Dated: January 18, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28