**McGLINCHEY STAFFORD**
Brian A. Paino (SBN 251243)
Dhruv M. Sharma (SBN 279545)
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone:     (949) 381-5900
Facsimile:      (949) 271-4040
Email:            bpaino@mcglinchey.com
                      dsharma@mcglinchey.com

Attorneys for *Defendant* **OCWEN LOAN SERVICING, LLC**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JOHN BROOKS, LAURA BROOKS,<br><br>         Plaintiffs,<br><br>    v.<br><br>FCI LENDER SERVICES, INC., a Corporation; MDJ PROPERTIES, LLC, a Limited Liability Company; BUCKS FINANCIAL, LLC, a Limited Liability Company; SN SERVICING CORPORATION, a Corporation; MADISON MANAGEMENT SERVICES, LLC, a Limited Liability Company; CALIFORNIA TD SPECIALISTS; HOMECOMINGS FINANCIAL, LLC, a Limited Liability Company; OCWEN LOAN SERVICING AND DOES 1 TO 50,<br><br>         Defendants. | Case No.:  2:16-cv-02598-KJM-KJN<br><br>Hon. Magistrate Judge Kendall J. Newman<br><br>**ORDER GRANTING DEFENDANT OCWEN LOAN SERVICING, LLC'S REQUEST TO APPEAR BY TELEPHONE AT DEFENDANT FCI LENDER SERVICES, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT AND MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT**<br><br>**Hearing**:<br>Date:    January 19, 2017<br>Time:   10:00 a.m.<br>Ctrm:   25, 8th Floor |

Having reviewed *defendant* Ocwen Loan Servicing, LLC's ("Defendant") Request to Appear by Telephone (the "Request") at the hearing on *defendant* FCI Lender Services, Inc.'s *Motion to Dismiss Plaintiffs' Complaint and Motion to Strike Portions of Plaintiffs' Complaint* (the "Motion"), and good cause appearing therefor,

**IT IS ORDERED** that the Request is **GRANTED**.

**IT IS SO ORDERED**.

Dated:  January 18, 2017

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

-KJN-KJN

**ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE**
819387.1