1   John Brooks
    Laura Brooks
2   1682 Chilton Dr.
    Roseville, CA 95747
3   Tel: (916) 532-8489

4   Plaintiffs *in pro per*

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  JOHN BROOKS, LAURA BROOKS,            CASE NO.: 16-CV-02598-KJM-KJN (PS)

12           Plaintiffs,                  [Hon. Kendall J. Newman, Magistrate Judge]

13      v.                                [**PROPOSED**]
                                          **ORDER ON JOINT STIPULATION TO**
14  FC1 LENDER SERVICES, INC, a           **EXTEND TIME FOR PLAINTIFFS TO**
    Corporation; MDJ PROPERTIES, LLC, a   **FILE A FIRST AMENDED COMPLAINT**
15  Limited Liability Company; BUCKS
    FINANCIAL, LLC, a Limited Liability   CURRENT DEADLINE: March 9, 2017
16  Company; SN SERVICING CORPORATION,    NEW PROPOSED DEADLINE: April 24,
    a Corporation; MADISON MANAGEMENT     2017
17  SERVICES, LLC, a Limited Liability
    Company; CALIFORNIA TD SPECIALISTS;
18  HOMECOMING FINANCIAL, LLC, a
    Limited Liability Company; OCWEN LOAN
19  SERVICING; AND DOES 1 TO 50
20
21           Defendants.
22

23  TO THE CLERK OF THE COURT AND THE HONORABLE KENDALL J. NEWMAN,

24  JUDGE:

25          Plaintiffs JOHN BROOKS AND LAURA BROOKS ("plaintiffs") *in pro se* and

26  defendants FC1 LENDER SERVICES, INC ("FCI"), SN SERVICING CORPORATION, and

27  OCWEN LOAN SERVICING (collectively, the "parties"), through their respective counsel of

28  record, hereby submit the following joint stipulation and proposed order that would extend time

1  for plaintiffs to file an amended pleading.  Grounds for the stipulation and proposed order are as

2  follows:

3       On January 23, 2017, this Court sustained defendant FCI's Motion to Dismiss, and

4  ordered that any First Amended Complaint was to be filed and served by March 9, 2017. [Doc.

5  31].

6       Plaintiffs and FCI (the servicer presently) and MDJ (the lender presently) are involved

7  settlement negotiations, which would resolve the entire action without further litigation,

8  hopefully.

9       For purposes of judicial economy, Plaintiffs and Defendants therefore stipulate to a

10  proposed order extending the time to for the Plaintiffs to file a First Amended Complaint. They

11  request 45 days extension from the March 9 date, to and including April 24, 2017, for Plaintiffs

12  to so amend, should settlement discussions not come to fruition to avoid that filing.

13       Further, the parties request that the Court not set any further deadlines or status

14  conferences at present, pending the proposed extended date of April 24, 2017.

15       No prior request has been made by the parties for the extension of Plaintiffs' deadline.

16       IT IS SO STIPULATED.

17

18  Dated:  March 8, 2017                    _____

19                                          JOHN BROOKS, *in pro se*

20  Dated:  March 8, 2017                    _____

                                            LAURA BROOKS, *in pro se*
21

22                                          Respectfully submitted,

23  Dated:  March 8, 2017                    ANGLIN, FLEWELLING, RASMUSSEN,
                                               CAMPBELL & TRYTTEN LLP
24

25                                          By: __/s/ Fred Hickman_____
                                               Fred Hickman
26                                             fhickman@afrct.com
                                            Attorneys for FCI LENDER SERVICES, INC.
27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

Dated:  March 8, 2017          WRIGHT, FINLAY & ZAK, LLP


By:   /s/ Richard J. Lee
        Richard J. Lee
Attorneys for SN SERVICING CORPORATION


Respectfully submitted,

Dated:  March 8, 2017          McGLINCHEY STAFFORD


By:   /s/ Dhruv Sharma
        Dhruv Sharma
Attorneys for OCWEN LOAN SERVICING, LLC



ORDER

          Based on the foregoing stipulation, Plaintiffs shall have until April 24, 2017 to file a First

Amended Complaint.

          IT IS SO ORDERED.


Dated:  March 10, 2017



KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28