| | |
|---|---|
| 1<br>2<br>3<br>4 | John Brooks<br>Laura Brooks<br>1682 Chilton Dr.<br>Roseville, CA 95747<br>Tel: (916) 532-8489 |
| | Plaintiffs *in pro per* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROOKS, LAURA BROOKS,<br><br>Plaintiffs,<br><br>v.<br><br>FC1 LENDER SERVICES, INC, a Corporation; MDJ PROPERTIES, LLC, a Limited Liability Company; BUCKS FINANCIAL, LLC, a Limited Liability Company; SN SERVICING CORPORATION, a Corporation; MADISON MANAGEMENT SERVICES, LLC, a Limited Liability Company; CALIFORNIA TD SPECIALISTS; HOMECOMING FINANCIAL, LLC, a Limited Liability Company; OCWEN LOAN SERVICING; AND DOES 1 TO 50<br><br>Defendants. | CASE NO.: 16-CV-02598-KJM-KJN<br><br>[Hon. Kendall J. Newman, Magistrate Judge]<br><br>**[PROPOSED]**<br>**ORDER ON JOINT STIPULATION FOR SECOND EXTENSION OF TIME FOR PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT**<br><br>CURRENT DEADLINE: APRIL 24, 2017<br>PROPOSED DEADLINE: JUNE 8, 2017 |

TO THE CLERK OF THE COURT AND THE HONORABLE KENDALL J. NEWMAN, JUDGE:

Plaintiffs JOHN BROOKS AND LAURA BROOKS ("plaintiffs") *in pro se* and defendants FC1 LENDER SERVICES, INC ("FCI") and SN SERVICING CORPORATION (collectively, the "parties"), through their respective counsel of record, hereby submit the following joint stipulation and proposed order that would extend for a second time the deadline

for plaintiffs to file an amended pleading. Grounds for the stipulation and proposed order are as follows:

1. On March 10, 2017 this Court extended Plaintiffs' deadline to file a new pleading until April 24, in light of the commencement of settlement discussion between Plaintiffs and their lender (MDJ). [Doc. 33]. Initially, this Court authorized a First Amended Complaint was to be filed and served by March 9, 2017, upon the grant of FCI's (Servicer) motion to dismiss. [Doc. 31].
2. Such discussions are now nearing completion, and the parties have moved significantly closer to resolution, though a deal has not yet been struck.
3. There is a reasonable prospect that a deal will be reached in these current negotiations that will resolve the entire action without further litigation, hopefully.
4. For purposes of judicial economy, Plaintiffs and Defendants therefore stipulate to a proposed order extending for a second time the time to for the Plaintiffs to file a First Amended Complaint.
5. The Plaintiffs and Defendants request a 45 day extension from the present April 24 date, to and including June 28, 2017, for Plaintiffs' to so amend, should settlement discussions not come to fruition to avoid that filing.

Further, the parties request that the Court not set any further deadlines or status conferences in the interim.

This is the second request for extension, the first having been granted, as noted above.

IT IS SO STIPULATED.

Dated: April 20, 2017  _____
JOHN BROOKS, *in pro se*

Dated: April 20, 2017  _____
LAURA BROOKS, *in pro se*

Respectfully submitted,

Dated: April 20, 2017  ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | By: /s/ Fred Hickman |
|   | | Fred Hickman |
| 3 | | fhickman@afrct.com |
|   | | Attorneys for FCI LENDER SERVICES, INC. |
| 4 | | |

By: /s/ Fred Hickman
Fred Hickman
fhickman@afrct.com
Attorneys for FCI LENDER SERVICES, INC.

Respectfully submitted,

Dated: April 20, 2017

WRIGHT, FINLAY & ZAK, LLP

By: /s/ Richard J. Lee
Richard J. Lee
Attorneys for SN SERVICING CORPORATION

ORDER

Based on the foregoing stipulation, Plaintiffs' shall have until June 8, 2017, to file a First Amended Complaint.

IT IS SO ORDERED.

Dated: April 24, 2017

*(signature)*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is 301 N. Lake Avenue, Suite 1100, Pasadena, California 91101-4158.

On April 21, 2017, I served the foregoing document entitled:

**[PROPOSED] ORDER ON JOINT STIPULATION FOR SECOND EXTENSION OF TIME FOR PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT**

on the interested parties in said case as follows:

**Served By Means Other Than Via The Court's CM/ECF System:**

*Plaintiffs Pro Se:*

John Brooks
Laura Brooks
1682 Chilton Drive
Roseville, CA 95747

Tel: (916) 532-8489

**[X]** **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**Served Via The Court's CM/ECF System:**

| *Attorneys for SN Serving Corporation*: | *Attorneys for Ocwen Loan Servicing*: |
|---|---|
| Richard J. Lee, Esq. | Dhruv M. Sharma, Esq. |
| WRIGHT FINLAY & ZAK, LLP | MCGLINCHEY STAFFORD |
| 4665 MacArthur Court, Suite 200 | 18201 Von Karman Avenue, Suite 350 |
| Newport Beach, CA 92660 | Irvine, CA 92612-1082 |
| Tel: (949) 477-5050 | Tel: (949) 381-5900 |
| Fax: (949) 477-9200 | Fax: (949)861-9913 |
| rlee@wrightlegal.net | dsharma@mcglinchey.com |

Certificate of Service Continued Next Page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on April 21, 2017.

| Jill Ashley | */s/ Jill Ashley* |
|---|---|
| (Print Name) | (Signature of Declarant) |