UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROOKS, et al,<br><br>   Plaintiff,<br><br> v.<br><br>FCI LENDER SERVICES, INC., et al.,<br><br>   Defendants. | No. 2:16-cv-2598-KJM-KJN (PS)<br><br><br><br>ORDER |

In this action removed on October 31, 2016, plaintiffs are presently proceeding without counsel. (ECF No. 1.) However, on June 1, 2017, plaintiffs filed requests and proposed orders for substitution of counsel, indicating that plaintiffs have retained attorney Scott Shumaker, a licensed California attorney and member of the bar of this court, to represent both plaintiffs. (ECF Nos. 39, 40.)

After careful review of plaintiffs' requests, IT IS HEREBY ORDERED that:

1. Plaintiffs' requests (ECF Nos. 39, 40) are GRANTED and the substitution of counsel is APPROVED.
2. Because neither all plaintiffs nor all defendants are proceeding without counsel after the substitution of plaintiffs' counsel, this action is REFERRED to the assigned

1

district judge for all further proceedings, except for discovery motions and matters otherwise appropriately referred to the assigned magistrate judge under the court's Local Rules.

3. All dates presently scheduled before Judge Newman are VACATED.

IT IS SO ORDERED.

Dated: June 5, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

14/16-2598